United States District Court
Southern District of Texas
**ENTERED**
May 30, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CLYDE P. WILLIAMS, III, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-082 |
| § | |
| CITIMORTGAGE, INC., § | |
| § | |
| Defendant. § | |

## **FINAL DISMISSAL ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Dkt. 10. Upon consideration of the stipulation and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**.

All costs are to be borne by the party incurring same.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 30th day of May, 2018.

_____
George C. Hanks Jr.
United States District Judge